AO 104 (Rev. 11/13) Tracking Warrant (Page 2)

Case No. 3:13mj463

### Return of Tracking Warrant With Installation

1. Date and time tracking device installed: 10/24/13 10:20
2. Dates and times tracking device maintained: VARIOUS TIMES DURING 10/24/13 10:20 – 07/03/2014 16:00
3. Date and time tracking device removed: 07/03/2014 16:00
4. The tracking device was used from (date and time): 10/24/13 10:20

   to (date and time): 07/03/14 16:00 .

### Return of Tracking Warrant Without Installation

1. Date warrant executed: _____
2. The tracking information was obtained from (date and time): _____

   to (date and time): _____

### Certification

I declare under the penalty of perjury that this return is correct and was returned along with the original warrant to the designated judge.

Date: 7/8/14

Executing officer's signature

TODD H. Burkart  Special Agent, FBI
Printed name and title

[Stamp: FILED JOHN P. HEHMAN 2014 JUL 10 PM 4:22 U.S. DISTRICT COURT SOUTHERN DISTRICT OHIO WESTERN DIV. AT DAYTON]