IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF APPLICATION OF THE UNITED STATES OF AMERICA FOR A WARRANT AUTHORIZING THE INSTALLATION AND MONITORING OF A TRACKING DEVICE IN OR ON A 2-DOOR 2005 CHEVORLET COBALT, ORANGE IN COLOR BEARING OHIO LICENSE PLATE NUMBER FSY-8551, VEHICLE IDENTIFICATION NUMBER 1G1AL12F957623479 | CASE NO. 3:13MJ463 |

MOTION TO SEAL APPLICATION, SUPPORTING AFFIDAVIT AND RETURN

Now comes the United States Attorney and moves this Court, pursuant to Rule 16(d)(1) of the Federal Rules of Criminal Procedure, and the Court's inherent power to control papers filed with the Court, for a protective order sealing the Application, Supporting Affidavit and Return until otherwise directed by this Court.

In support of this Motion, the United States Attorney states:

1. A Tracking Warrant was issued on October 22, 2013.

2. That there is no Indictment or Information pending before any United States District Court which necessitates the disclosure of the Supporting Affidavit at this time.

3. Pursuant to Rule 12 of the Federal Rules of Criminal Procedure the proper time for moving to suppress evidence obtained pursuant to the tracking warrant is subsequent to the filing of an Indictment or Information and Arraignment thereon.  Therefore, no prejudice would be caused to any defendant or potential defendant by the granting of this motion.

4. That the disclosure of certain information and statements contained in said documents would hamper an ongoing criminal investigation.

WHEREFORE, the United States of America respectfully requests that the Application, Supporting Affidavit and Return be sealed and kept from public inspection until otherwise ordered by this Court.

    Respectfully submitted,

    BENJAMIN C. GLASSMAN
    United States Attorney

    s/Brent G. Tabacchi
    BRENT G. TABACCHI (IL 6276029)
    Assistant United States Attorney
    Attorney for Plaintiff
    200 West Second Street, Suite 600
    Dayton, Ohio 45402
    Office: (937) 225-2910
    Fax: (937) 225-2564
    E-mail: Brent.Tabacchi@usdoj.gov